

# BIRCHMEIER & POWELL LLC
### ATTORNEYS AT LAW

JAMES R. BIRCHMEIER ◊*
ERIN R. THOMPSON
EDWARD N. ROMANIK

DONALD A. POWELL
OF COUNSEL

◊ CERTIFIED BY THE SUPREME COURT OF
NEW JERSEY AS A CIVIL TRIAL ATTORNEY
* ALSO MEMBER PA. BAR

1891 STATE HIGHWAY 50
P. O. BOX 582
TUCKAHOE, N. J. 08250-0582
(609) 628-3414
FAX (609) 628-2966
info@birchmeierlaw.com
www.birchmeierlaw.com

GLOUCESTER COUNTY
OFFICE
70 EUCLID STREET
WOODBURY, NEW JERSEY 08096

February 16, 2017

OUR FILE NO.    12,999J

Electronically filed

Honorable Ann Marie Donio, USDC
**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**
Mitchell H. Cohen Federal Court House
1 John F. Gerry Plaza
Camden, NJ   08181

Re:   Estate of Matthew McCloskey, et als v. Franklin Township, et als
      Civil Action No.  1:15-cv-04171 (JHR/AMD)

Dear Judge Donio:

As Your Honor is aware, this office has been retained to represent the interests of the Defendants, Franklin Township and Officer Nicholas Locilento in the above matter.

The plaintiffs' attorney who has recently filed a Substitution of Attorney, has agreed to execute a Discovery Confidentiality Order, that complies with L. Civ. R. 5.3.  I have also attached my Certification that complies with L. Civ. R. 5.3(b)(2).  As of this date, there are no issues in dispute with respect to this proposed Order.

If this Order meets with Your Honor's approval, I would ask that it be executed and filed.

By copy of this letter, I am advising all concerned of this development.

Respectfully submitted,
**BIRCHMEIER & POWELL LLC**
/s/James R. Birchmeier
JAMES R. BIRCHMEIER

JRB:amt
jbirchmeier@birchmeierlaw.com
Enclosures
cc w/encl.:    Matthew A. Schiappa, Esquire         Kerri E. Chewning, Esquire
               Patrick J. Madden, Esquire